THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK IRWIN, Respondent, *v.* WILLIAM J. HOMER, as Agent and Warden of Great Meadow Prison, Appellant.

*People ex rel. Irwin* v. *Homer,* 190 App. Div. 887, appeal dismissed. (Argued January 7, 1920; decided January 20, 1920.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 19, 1919, which affirmed an order of Special Term sustaining a writ of habeas corpus and directing the release of relator from custody.

*Charles D. Newton, Attorney-General (Henry C. Henderson* of counsel), for appellant.

No appearance for respondent.

Appeal dismissed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.